USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

              - v. -                  :

STEPHAN MAHABIR,                    :

            Defendant.            :

- - - - - - - - - - - - - - - - - - -x

INFORMATION

17 CRIM 346

## COUNT ONE
(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From in or about 2013 through in or about July 2015, in the Southern District of New York and elsewhere, STEPHAN MAHABIR, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that STEPHAN MAHABIR, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings,

signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
(Wire Fraud)

The United States Attorney further charges:

3.  From at least in or about 2013 through in or about July 2015, in the Southern District of New York and elsewhere, STEPHAN MAHABIR the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, MAHABIR participated in a scheme to defraud customers seeking credit-card and debit-card processing services from a company where MAHABIR worked by, among other things, misrepresenting the fees these customers were incurring for the processing services, fraudulently arranging to charge some of those fees multiple times, fraudulently adding additional undisclosed fees or fees for services that were not in fact provided, and in the course of executing such scheme, making and causing to be made

interstate communications to victims of this scheme, some of whom were located in the Southern District of New York.

(Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE ALLEGATION

4. As a result of committing the offenses charged in Counts One and Two of this Information, STEPHAN MAHABIR, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, which constitutes, or is derived from, proceeds traceable, directly or indirectly, to the offenses alleged in Counts One and Two of this Information.

## SUBSTITUTE ASSET PROVISION

5. If any of the above-described forfeitable property, as a result of any act or omission of STEPHAN MAHABIR, the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

> (Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

*[signature]*

JOON H. KIM
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

STEPHAN MAHABIR,

Defendant.

INFORMATION

17 Cr. \_\_\_\_\_

(18 U.S.C. §§ 1349, 1343, and 2)

JOON H. KIM
Acting United States Attorney.

20 min

6/1/17 Fld. Information & Waiver of Indictment. Defendant present with attorney Arthur L. Aidala, AUSA David Lewis present, Court reporter Kristen Carannante present. Defendant enters Plea of Guilty to Counts 1 and 2. Sentencing set for October 13, 2017 at 10:00. Bail Continued. PSR Not ordered.

Oetken, USDJ