

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2019

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Stephan Mahabir, 17 Cr. 346 (JPO)

Dear Judge Oetken:

The Government, with the consent of the defendant, respectfully writes to request a six-month adjournment of the sentencing date scheduled in the above-referenced case, which is currently scheduled for December 17, 2019 at 11:00 a.m.

The defendant pleaded guilty on June 1, 2017, pursuant to a cooperation agreement with the Government. The defendant testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. The sentencing date for Michael Mendlowitz is adjourned pending a *Fatico* hearing, which has not yet been scheduled. Accordingly, the defendant's cooperation is not yet complete. The Government respectfully requests that the defendant's sentencing date be adjourned for a period of six months. The defendant consents to the Government's request.

Granted.
The sentencing control date is hereby adjourned to June 17, 2020, at 10:00 am.
So ordered.
  December 13, 2019

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: _____
Dina McLeod/David Abramowicz/Jilan Kamal
Assistant United States Attorneys
(212) 637-1040 / -6525 / -2192

_____
J. PAUL OETKEN
United States District Judge

cc:    Arthur Aidala, Esq. (by ECF)