

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Stephan Mahabir**, 17 Cr. 346 (JPO)

Dear Judge Oetken:

      The Government respectfully writes to request a six-month adjournment of the sentencing date scheduled in the above-referenced case, which is currently scheduled for June 17, 2020.

      The defendant pleaded guilty on June 1, 2017, pursuant to a cooperation agreement with the Government. The defendant testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. The sentencing date for Michael Mendlowitz is adjourned pending a *Fatico* hearing, which has been scheduled for August 20, 2020. Accordingly, the defendant's cooperation is not yet complete. The Government respectfully requests that the defendant's sentencing date be adjourned for a period of six months.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney
      Southern District of New York

By: _____
      Dina McLeod/David Abramowicz/Jilan Kamal
      Assistant United States Attorneys
      (212) 637-1040 / -6525 / -2192

cc:    Arthur Aidala, Esq. (by ECF)