

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: **United States v. Stephan Mahabir**, 17 Cr. 346 (JPO)

Dear Judge Oetken:

    The Government respectfully writes to request a six-month adjournment of the sentencing date scheduled in the above-referenced case, which is currently scheduled for June 17, 2020.

    The defendant pleaded guilty on June 1, 2017, pursuant to a cooperation agreement with the Government. The defendant testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. The sentencing date for Michael Mendlowitz is adjourned pending a *Fatico* hearing, which has been scheduled for August 20, 2020. Accordingly, the defendant's cooperation is not yet complete. The Government respectfully requests that the defendant's sentencing date be adjourned for a period of six months.

> Granted.
> The sentencing control date is hereby adjourned to December 17, 2020 at 10:00 A.M.
>   So ordered.
>   June 17, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: _____
    Dina McLeod/David Abramowicz/Jilan Kamal
    Assistant United States Attorneys
    (212) 637-1040 / -6525 / -2192

_____
J. PAUL OETKEN
United States District Judge