

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> Re: **United States v. Stephan Mahabir, 17 Cr. 346 (JPO)**

Dear Judge Oetken:

     The Government writes to respectfully request an adjournment of the sentencing date in this matter, currently scheduled for June 17, 2021 at 10:00 a.m. The Government also respectfully requests that the Court direct the Probation Department to prepare a Presentence Report for the defendant.

     The defendant pleaded guilty on June 1, 2017, pursuant to a cooperation agreement with the Government. The defendant testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. The sentencing date for Michael Mendlowitz has been scheduled for June 25, 2021.

     The Government intends to soon file a related case letter that will formally notify Your Honor and Judge Broderick that the cases are related and that the defendant testified before Judge Broderick. To the extent that the case remains assigned to Your Honor, we would request that the Court set a sentencing date no earlier than four months from now—to allow the Probation Department adequate time to prepare the Presentence Report.

> Granted. The probation department is directed to prepare the presentence investigation report.
> Sentencing is hereby set for October 22, 2021 at 12:00 pm.
> So ordered.
> June 17,2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *Dina McLeod*

Dina McLeod/David Abramowicz/Jilan Kamal
Assistant United States Attorneys
(212) 637-1040 / -6525 / -2192

_____
J. PAUL OETKEN
United States District Judge